UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Tina McClain

    Debtor(s)

Case No. 16-11291

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/31/2016.

2) The plan was confirmed on 06/10/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/07/2016, 05/19/2017, 01/05/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/22/2017, 08/14/2018.

5) The case was converted on 10/03/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,550.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $3,026.32 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,026.32

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,851.15 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $148.17 |
| Other | $27.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,026.32

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COMED LEGAL REVENUE RECOVER | Unsecured | 533.00 | 375.06 | 375.06 | 0.00 | 0.00 |
| GLOBAL MEDICAL IMAGING | Unsecured | 340.00 | 1,160.00 | 1,160.00 | 0.00 | 0.00 |
| GURNEE RADIOLOGY CENTER | Unsecured | 3,352.51 | 2,176.88 | 2,176.88 | 0.00 | 0.00 |
| CHECK N GO WAUKEGAN | Unsecured | 3,560.00 | NA | NA | 0.00 | 0.00 |
| WINSLOW CHIROPRACTIC AND WEL | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CTR | Unsecured | 748.95 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATEDS PATH CONSULTAN | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SVCS | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL | Unsecured | 4,006.35 | NA | NA | 0.00 | 0.00 |
| DURHAM AND DURHAM ATTY AT L | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| GEETHA M REDDY MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE CASH AMERICA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL CTF | Unsecured | 748.95 | NA | NA | 0.00 | 0.00 |
| AEGIS | Unsecured | 116.42 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN STATES PREMIUM FINAN | Unsecured | 43.94 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT | Unsecured | 431.70 | NA | NA | 0.00 | 0.00 |
| AR RESOURCES INC | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| BLUE CROSS BLUE SHIELD | Unsecured | 1,528.00 | NA | NA | 0.00 | 0.00 |
| GREENLEAF MEDICAL ASSOC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE FISFCAL MANAGEME | Unsecured | 3,201.35 | NA | NA | 0.00 | 0.00 |
| HOME MEDICAL EXPRESS | Unsecured | 380.53 | NA | NA | 0.00 | 0.00 |
| IHC/LIBERTYVILLE EMERGENCY PH | Unsecured | 30.15 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC INC | Unsecured | 42.75 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 137.98 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAKE COUNTY ACUTE CARE LLP | Unsecured | 628.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY HEALTH DEPT/CHC | Unsecured | 633.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY ASSOC | Unsecured | 30.45 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST ER | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 2,563.00 | NA | NA | 0.00 | 0.00 |
| LAKE HEART SPECIALISTIS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| LAKE SHORE GASTRO | Unsecured | 76.60 | NA | NA | 0.00 | 0.00 |
| LAKE SHORE PATHOLOGISTS | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| LIBERTYVILLE IMAGING ASSOC | Unsecured | 200.88 | NA | NA | 0.00 | 0.00 |
| LIBERTYVILLE SURGEONS | Unsecured | 18.45 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR AND S | Unsecured | 2,450.00 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD AND ASSOC | Unsecured | 3,561.60 | NA | NA | 0.00 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 1,082.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP LLC | Unsecured | 735.05 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 116.42 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 30.15 | NA | NA | 0.00 | 0.00 |
| NORTH LAKE CARDIOVASCULAR CT | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE ALLERGY AND ASTH | Unsecured | 35.36 | NA | NA | 0.00 | 0.00 |
| NORTHEAST RADIOLOGY ASSOC | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN LAKE MEDICAL LTD | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST HOS | Unsecured | 6,732.60 | NA | NA | 0.00 | 0.00 |
| NORTWESTERN MEDICAL FACULTY | Unsecured | 1,332.80 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICINE | Unsecured | 735.05 | NA | NA | 0.00 | 0.00 |
| OB GYNE ASSOC OF LIBERTYVILLE | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| OLIVER ADJ | Unsecured | 866.00 | NA | NA | 0.00 | 0.00 |
| PLS WAUKEGAN GRAND AVE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MANAGE | Unsecured | 89.36 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT SERVICES | Unsecured | 9,495.49 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT SERVICES | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT SERVICES | Unsecured | 4,006.35 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL RECOVERY CONSUL | Unsecured | 200.88 | NA | NA | 0.00 | 0.00 |
| QUAD CORPORATION | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| RIDDLE AND ASSOC | Unsecured | 536.98 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF WAUKEGAN | Unsecured | 78.36 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WAUKEGAN | Unsecured | 3,060.00 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOC | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 9,495.49 | 7,688.77 | 7,688.77 | 0.00 | 0.00 |
| WAUKEGAN CLINIC CORP | Unsecured | 402.00 | 402.00 | 402.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,802.71** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,026.32 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$3,026.32** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/22/2018          By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT:** This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**